1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    SCOTT D. MROZ  Bar No. 111848
2   scott.mroz@sdma.com
    MATTHEW DUDLEY  Bar No. 179022
3   matthew.dudley@sdma.com
    One Market Plaza
4   Steuart Tower, 8th Floor
    San Francisco, California 94105
5   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
6
    Attorneys for Defendant
7   STRS OHIO CA REAL ESTATE INVESTMENTS 1, LLC

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  PATRICIA RILE,                          CASE NO. C 09-05634 CW
                                            ORDER GRANTING
13          Plaintiff,                      NOTICE OF SUBSTITUTION OF
                                            COUNSEL
14      v.

15  STRS OHIO CA REAL ESTATE
    INVESTMENTS 1, LLC,
16
            Defendant.
17

18  TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

19  OF CALIFORNIA AND PLAINTIFF AND HER ATTORNEY OF RECORD:

20          PLEASE TAKE NOTICE that defendant STRS OHIO CA REAL ESTATE

21  INVESTMENTS 1, LLC ("STRS") hereby substitutes the law firm of Sedgwick, Detert, Moran

22  & Arnold, LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105 as their

23  attorneys of record in this action, in place and stead of the Law Offices of Jeffrey F. Paccassi.

24  //

25  //

26  //

27  //

28  //

SEDGWICK
DETERT, MORAN & ARNOLD LLP

                          -1-                    CASE NO. C 09-05634 CW

1    DATED:                          STRS OHIO CA REAL ESTATE INVESTMENTS 1, LLC

2

3
                                     By:_____
4                                        STRS OHIO CA REAL ESTATE INVESTMENTS 1,
                                         LLC  Thomas S. Counts
5                                             Real Estate Counsel

6
          We consent to this substituion.
7

8    DATED: 3/31/10                   LAW OFFICES OF JEFFREY F. PACCASI

9

10
                                     By:_____
11                                      James F. Waite

12
          We accept this substituion.
13

14   DATED:                          SEDGWICK, DETERT, MORAN & ARNOLD LLP

15

16
                                     By:_____
17                                      Matthew Dudley
                                        Attorneys for Defendant
18                                      STRS OHIO CA REAL ESTATE INVESTMENTS 1,
                                        LLC
19

20

21

22

23

24

25

26

27

**SEDGWICK**
DETERT, MORAN & ARNOLD  28

                                                  -2-                    CASE NO. C 09-05634 CW

1    IT IS HEREBY ORDERED.

2    DATED:  4/13/10

3    _____
     UNITED STATES DISTRICT COURT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
28