```
John F. DeMeo, Esq. SBN 28891
Carmen D. Sinigiani, Esq. SBN 238895
DeMEO DeMEO & WEST
565 West College Avenue
Santa Rosa, CA  95401
Telephone:  (707) 545-3232
Facsimile: (707) 545-1725

Attorneys for Plaintiff,
Patricia Rile
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RILE,<br><br>          Plaintiff,<br><br>vs.<br><br>STRS OHIO CA REAL ESTATE INVESTMENTS 1, LLC, doing business as THE BOULDERS AT FOUNTAINGROVE, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, DOE TEN,<br><br>          Defendants.<br>_____/ | Case No. 09-cv-05634-CW<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

      The parties through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice.

Dated: October _____, 2010.

For the Plaintiff, PATRICIA RILE:

                                     DeMEO DeMEO & WEST

                                     By_____
                                     John F. DeMeo
                                   565 West College Avenue
                                   Santa Rosa, CA 95401
                                   (707) 545-3232
                                   demeo7@sonic.net
                                   Attorneys for PATRICIA RILE

1

Stipulation and Order of Dismissal

For the Defendant, STRS OHIO CA REAL ESTATE INVESTMENTS 1, LLC, doing business as THE BOULDERS AT FOUNTAINGROVE:

SEDGWICK DETERT MORAN & ARNOLD LLP

By _____
Matthew G. Dudley
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
(415) 781-7900
matthew.dudley@sdma.com
Attorneys for STRS OHIO CA REAL ESTATE INVESTMENTS 1, LLC, doing business as THE BOULDERS AT FOUNTAINGROVE

## [PROPOSED] ORDER

The Court has reviewed the Stipulation set forth above. Accordingly,

IT IS ORDERED that

1. This matter is dismissed with prejudice;

2. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the Settlement Agreement entered into by the parties;

3. Each party is to bear its own costs and attorneys' fees.

Dated: 10/27/2010                    _____
                                     UNITED STATES DISTRICT JUDGE